# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REBECCA TRUCK PLAZA & CASINO, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3790** |
| **LANDMARK AMERICAN INSURANCE COMPANY** | **SECTION: D (2)** |

## ORDER AND REASONS

Before the Court is Plaintiff's Motion to Remand, filed by Rebecca Truck Plaza & Casino, LLC.[1] Defendant, Landmark American Insurance Company, opposes the Motion.[2] The submission date on the Motion was November 29, 2022.[3] As such, the matter is ripe for determination.

After careful consideration of the parties' memoranda and the applicable law, the Motion is **DENIED** for the reasons set forth in Landmark American Insurance Company's Opposition brief.

Additionally, the Court points out that Plaintiff's counsel, in a telephone status conference held with the Court on November 4, 2022, confirmed that defense counsel had correctly named the members of Rebecca Truck Plaza & Casino, LLC in its Amended and Supplemental Notice of Removal and that the members were citizens of Louisiana.[4] It is perplexing, at best, that Plaintiff has now filed a Motion to Remand, seeming to rely on information that was not disclosed to opposing counsel or to the Court during that telephone status conference. Perhaps even more

---

[1] R. Doc. 17.
[2] R. Doc. 19.
[3] R. Doc. 17.
[4] R. Doc. 15; *See*, R. Doc. 11.

troubling, however, is that the information now relied upon by Plaintiff from the Louisiana Secretary of State's website is dated 2004[5] and ignores the more recent information *submitted by Plaintiff* from the same Louisiana Secretary of State website that is dated 2018.[6] The Court will not entertain such tactics.

New Orleans, Louisiana, May 30, 2023.

**WENDY B. VITTER**
**United States District Judge**

---

[5] R. Doc. 17-1 at p. 4 (*citing* R. Doc. 17-2). *See*, R. Doc. 17-2 at pp. 10-11.
[6] R. Doc. 17-2 at p. 12.